[Criminal No. 119.]

## JOHN S. JONES, Appellant, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. J. J. Hawkins, Judge.

T. W. Johnson, for Appellant.

R. E. Morrison, District Attorney, for Respondent.

February 23, 1897. Affirmed.

(NOTE BY REPORTER.—Record shows "Opinion filed March 6, 1897," but none appears in the records of the office of the clerk of the supreme court.)

---

[Civil No. 523.]

## THE BANK OF ARIZONA, Appellant, v. WILLIAM LARKIN, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. A. C. Baker, Judge.

Herndon & Norris, for Appellant.

J. H. Wright, for Appellee.

February 23, 1897. Affirmed.

---

[Civil No. 534.]

## FRANK LOHMAN, Appellant, v. LEW WILLARD, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. John J. Hawkins, Judge.

R. E. Sloan, R. E. Morrison, and T. W. Johnson, for Appellant.

Herndon & Norris, for Appellee.

February 23, 1897. Affirmed.